09/02/2008  12:42  8452678285  PAGE  03/05

Case 1:08-cv-06820-SAS  Document 3  Filed 09/02/2008  Page 1 of 3
FILED ON: 7/30/2008  CASE NO.: 08 CV 6820
FILE NO.: 08-1328
PAGE  03/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED ON: 7/30/2008   CASE NO.: 08 CV 6820

---

S. WOODROW ZEIG, p/k/a WOODROW LN                    Plaintiff(s)-Petitioner(s)

-vs-

DYLAN BURN AND CHRISTOPHER JAMES KARYOTAKIS "KAZ JAMES", et al        Defendant(s)-Respondent(s)

---

STATE OF NEW YORK}
COUNTY OF SCHENECTADY ss.}

I, Mark E. McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years, is not a party in this proceeding and resides in New York State.

On AUGUST 20, 2008                at 1:10 P.M.
Deponent served a true copy of   SUMMONS AND COMPLAINT
bearing index number:  08 CV 6820  and date of filing:        7/30/2008
upon  SONY/ATV TUNES LLC
at address:  THE PRENTICE-HALL CORPORATION SYSTEMS, INC., 80 STATE STREET
City & State:  ALBANY, NY 12210

## MANNER OF SERVICE}

*PERSONAL*
☐ By delivering to and leaving with personally}
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

*SUITABLE AGE PERSON*
☐ By delivering and leaving with personally}
at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

*AUTHORIZED AGENT*
☒ By delivering and leaving with} NIKKI CHAPPLE
the agent for service on the person in this proceeding designated under Rule 311 CPLR. Service having been made to such person at the place, date and time above.

*AFFIXING TO DOOR, ETC.*
☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized        person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

*MAILING*
☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on        . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by   first class mail   certified mail   registered mail   return receipt requested.

Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or the United States as the term is defined in either State or Federal statutes.

DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE              Race/Skin Color: BLACK          Hair Color: BLACK
Approximate Age: 38  years    Approximate Height: 5'7"      Approximate Weight: 170  pounds
Other:

Subscribed and sworn before me on}  AUGUST 20, 2008

Karen E. Rock #01R06065213              Kathryn A. Rock-McCloskey              Mark E. McClosky
Notary Public, State of New York          Commissioner of Deeds                  Deponent
Qualified in Schenectady County           Qualified in Schenectady County
Commission Expires: 10/09/2009            Commission Expires: 08/27/2004        Attorney Info:
                                                                               Shukat Arrow Hafer Weber &
affidavit number: 200813134                                                    Herbsman LLP
                                                                               111 West 57th Street, Suite 1120
                                                                               New York, NY 10019

FIRM FILE #