# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Case No. 08-CV-6820

S. WOODROW ZEIG, pka WOODROW LIN

Plaintiff(s)/Petitioner(s)

**AFFIDAVIT OF SERVICE**

against

DYLAN BURN, Christopher James Karyotakis "Kaz James",
UNIVERSAL MUSIC GROUP, INC., MERCURY RECORDS, LTD.,
UNIVERSAL MUSIC PUBLISHING, Inc., UNIVERSAL MUSIC MGB SONGS,
SONY/ATV MUSIC PUBLISHING LLC, SONY/ATV TUNES LLC.,
and SONY/ATV MUSIC PUBLISHING UK LTD

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF Kings SS:

Keith P. Karaha, License No. 1212668   being duly sworn, says that the deponent is not a party to this action, is over 18 years age and resides at Bronx County.

That on 8/18/2008, at 1:36 PM, at 111 Eighth Ave,, New York, NY, 10011 deponent served the Summons and Complaint, Civil Cover Sheet, Individual Practices of Magistrate Judge Andrew J. Peck, Individual Rules and Procedures of Judge Shira A. Scheindlin, and Electronic Case Filing Rules & Instructions on universal Music Publishing, Inc., therein named.

| | |
|---|---|
| PERSONAL [ ] | by delivering a true copy of each to said respondent/recipient personally; deponent person described as said recipient therein. |
| CORPORATION [X] | a domestic corporation; by delivering thereat true copy of each to, Elena Bou, Process Specialist personally, deponent knew said corporation so served to be the corporation described in said papers as said recipient and knew said individual to be **Registered Agent** thereof. |
| SUITABLE AGE PERSON [ ] | by delivering a true copy of each to a person of suitable age and discretion who was willing to receive same on behalf of all defendants. Said premises are the recipient's place of business within the state. |
| AFFIXING TO DOOR, ETC. [ ] | by affixing a true copy of each to the door of said premises, which is the respondent(s) **place of business** within the state. Deponent was unable, with due diligence to find respondent or a person of suitable age and discretion thereat, having called there |

| DESCRIPTION OF RECIPIENT | Sex | Color | Hair | Approx Age | Approx Height | Approx Weight |
|---|---|---|---|---|---|---|
| | F | WHITE | BLONDE | 45 | 5'8 | 130 |

Other Identifying Features:

WITNESS FEES   0 the authorizing traveling expenses and one day's witness fee was .

SEP 2 2 2008

Sworn to before me on

Steven Stewart
Notary Public. State of New York
No. 01ST5066336
Qualified in Queens County
Commission Expires Sept. 23, 2010

Keith P. Karaha
License No.: 1212668