Scheindlin, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
S. WOODROW ZEIG, p/k/a/ WOODROW LIN,        :

              Plaintiff,        :

     - against -        :        Case No.: 08-CV-6820 (SAS)

DYLAN BURN and CHRISTOPHER JAMES        :        **STIPULATION AND ORDER**
KARYOTAKIS "KAZ JAMES," UNIVERSAL MUSIC
GROUP, INC., MERCURY RECORDS, LTD.,        :
UNIVERSAL MUSIC PUBLISHING, INC., UNIVERSAL
MUSIC-MGB SONGS, SONY/ATV MUSIC        :
PUBLISHING LLC, SONY/ATV TUNES LLC and
SONY/ATV MUSIC PUBLISHING UK LTD.,        :

              Defendants.        :
------------------------------------------------------------X

    **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel of record that the time within which defendants sued herein as Universal Music Group, Inc., Universal Music Publishing, Inc. and Universal Music-MGB Songs (collectively, "Universal") may answer, move or otherwise respond to the Complaint in this action is extended through and including October 2, 2008.

    **IT IS FURTHER STIPULATED** that facsimile signatures on this stipulation shall have the same force and effect as original signatures and that this stipulation may be executed in counterparts.

Dated: New York, New York
       September 2, 2008

20016.1

SHUKAT ARROW HAFER WEBER & HERBSMAN, L.L.P.

By: /s/ Dorothy M. Weber
Dorothy M. Weber, Esq.
Peter S. Shukat, Esq.
111 West 57th Street, Suite 1120
New York, New York 10019
(212) 245-4580

*Attorneys for Plaintiff S. Woodrow Zeig, p/k/a Woodrow Lin*

JENNER & BLOCK LLP

By: /s/ Andrew H. Bart
Andrew H. Bart, Esq.
Carletta F. Higginson, Esq.
919 Third Avenue, 37th Floor
New York, New York 10022
(212) 891-1600

*Attorneys for Defendants sued herein as Universal Music Group, Inc., Universal Music Publishing, Inc. and Universal Music-MGB Songs*

SO ORDERED:

/s/ Shira A. Scheindlin
Hon. Shira A. Scheindlin, U.S.D.J.

9/3/08