

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

S. WOODROW ZEIG, p/k/a WOODROW LIN,

      Plaintiff,

     -against-

DYLAN BURNS and CHRISTOPHER JAMES
KARYOTAKIS "KAZ JAMES", UNIVERSAL
MUSIC GROUP, INC., MERCURY RECORDS,
LTD., UNIVERSAL MUSIC PUBLISHING, INC.,
UNIVERSAL MUSIC-MGB SONGS, SONY/ATV
MUSIC PUBLISHING LLC, SONY/ATV TUNES
LLC, and SONY/ATV MUSIC PUBLISHING UK,
LTD.,

      Defendants.

-----------------------------------------------------------------X

Case No. 08 CV 6820 (SAS)

ECF CASE

[PROPOSED] ORDER

The parties having appeared before the Court on March 9, 2009 for an initial pretrial

conference pursuant to the Court's October 14, 2008 Order for a Conference in accordance with

Fed. R. Civ. P 16(b), and upon the proceedings held before the Court, IT IS HEREBY

ORDERED that:

   (1)   Plaintiff may file an Amended Complaint on or before March 31, 2009; and

   (2)   A status conference in this matter will be held on April 10, 2009 at 4:00 p.m.

Dated: March 12, 2009

SHIRA A. SCHEINDLIN
U.S.D.J.