UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

S. WOODROW ZEIG, p/k/a WOODROW LIN,

        Plaintiff,

  -against-

DYLAN BURNS and CHRISTOPHER JAMES
KARYOTAKIS "KAZ JAMES", UNIVERSAL
MUSIC GROUP, INC., MERCURY RECORDS,
LTD., UNIVERSAL MUSIC PUBLISHING, INC.,
UNIVERSAL MUSIC-MGB SONGS, SONY/ATV
MUSIC PUBLISHING LLC, SONY/ATV TUNES
LLC, and SONY/ATV MUSIC PUBLISHING UK,
LTD.,

        Defendants.

-------------------------------------------------------------X

Case No. 08 CV 6820 (SAS)

ECF CASE

[PROPOSED] ORDER



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/1/09

  To:  Director of Field Operations, New York
       U.S. Customs and Border Protection
       1 Penn Plaza
       New York, NY 10119

    YOU ARE HEREBY ORDERED to produce the following information to Counsel for Dylan Burns in the above-referenced action:

    1.    U.S. Customs and Border Protection shall release the U.S. travel records of Mr. Dylan Burns, a United Kingdom citizen born on May 21, 1971 with the United Kingdom passport number 202880443, for the period January 1, 2004 through December 31, 2005.

    2.    U.S. Customs and Border Protection shall release the U.S. travel records of Dylan Burns, born on May 21, 1971 under any other passport number, for the period January 1, 2004 through December 31, 2005, if possible.

3. Such travel records should be sufficient to show the U.S. Customs and Border Protection's records of all dates of entries and exits into the United States by Dylan Burns and the U.S. cities that were entered and existed during this time period.

4. Such records should be released to Counsel for Dylan Burns at the following address and faxed to Counsel for Dylan Burns at the fax number below on or before May 8, 2009:

Ilene S. Farkas, Esq.
Pryor Cashman LLP
410 Park Avenue
New York, NY 10022
Fax: 212-798-6382

Dated: April 30, 2009

SHIRA A. SCHEINDLIN
U.S.D.J.

2